NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINA M. PIRKL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7067

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0175, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Regina M. Pirkl moves for a 60-day extension of time, until November 6, 2012, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>SEP 1 0 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
John J. Todor, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK